UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 20 PM 2:37

CLERK
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Docket No. 2:24-cr-66 |
| DYLAN RUSSELL, Defendant. | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

From on or about February 19, 2022, through on or about February 28, 2022, in the District of Vermont, the defendant DYLAN RUSSELL, in connection with the acquisition of the below-listed firearms from a federally licensed firearms dealer (FFL) in Bennington, Vermont, knowingly made false oral and written statements to the FFL, which statements were intended and likely to deceive the FFL as to a fact material to the lawfulness of the sale of the firearms, in that DYLAN RUSSELL stated he was the true purchaser of each firearm when in fact and as he well knew, DYLAN RUSSELL was purchasing the firearms for other people:

February 19, 2022- Anderson AM-15 7.62x39 mm pistol,

February 22, 2022- Palmetto State Armory PA-15 5.56 mm pistol, and

February 28, 2022- Springfield Armory XP-9 9 mm pistol.

(18 U.S.C. § 922(a)(6))

_Nikolas P. Kerest_
NIKOLAS P. KEREST (by MJL)
United States Attorney
Burlington, Vermont
June 20, 2024